**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 9, 2026

**BY ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: *United States v. Jose Batista*, 25 Cr. 396 (NRB)**

Dear Judge Buchwald:

The Government writes to respectfully provide an update on the above-captioned case, request that the Court schedule a status conference, and request that the Court enter an order further excluding time pursuant to the Speedy Trial Act.

As the Court knows, defendant Jose Batista has thus far failed to file pre-trial motions in this case. After the Government substantially completed Rule 16 discovery on November 7, 2025, the Court held a status conference on March 5, 2026, at which the Court set a schedule making the defendant's pre-trial motions due on May 4, 2026. With consent of the Government, defense counsel requested, and the Court granted, an extension of that deadline until July 10, 2026. (Dkt. 16). On July 10, over the Government's objection, defense counsel again requested a further delay, and the Court granted a "final extension" of the deadline for the defendant's motions of September 24, 2026. (Dkt. 18). Since then, the defendant has not filed any motions and plea negotiations between the parties have not progressed. Accordingly, the Government requests that the Court set a status conference in this case at which it may set a date for trial.

Should the Court grant the request, the Government requests that the time between today's date and the date of any scheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to prepare for trial and continue to consider a potential pre-trial resolution. Defense counsel consents to this request.

Sincerely,

JAMES M. MCDONALD
United States Attorney

By
Ryan T. Nees
Assistant United States Attorney
Southern District of New York
ryan.nees@usdoj.gov
212-637-1595

Application granted. The Court will hold a status conference on December 3, 2026, at 3:00 p.m. Speedy trial time is excluded through December 3 pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reasons stated by the Government.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2026
New York, New York